**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| S.R.C., a minor child, by her next friends, John Cobbett-Walden and Jennifer Lee Laurenza<br><br>Plaintiff,<br><br>v.<br><br>STAVERNE MILLER in her official capacity as Commissioner of the MA Department Of Children and Families<br><br>DR. KIAME MAHANIAH in his official capacity as Secretary of the MA Executive Office of Health & Human Services<br><br>Defendants. | Civil Action No. 25-CV-12676-AK |

## ORDER

**ANGEL KELLEY, D.J.**

Plaintiff S.R.C ("Plaintiff") is a minor U.S. citizen residing with foster parents in Massachusetts. On September 17, 2025, the Plaintiff's foster parents were notified that the Massachusetts Department of Children and Families has booked a flight for the Plaintiff to depart to Guatemala on September 25, 2025 at 10:41 a.m. Plaintiff now seeks an emergency temporary restraining order ("TRO") to enjoin the Commissioner of the Massachusetts Department of Children and Families from transferring the Plaintiff to Guatemala.

1

To the extent Plaintiff has not already done so, Plaintiff shall properly serve Defendants with a summons, copy of the Complaint, a copy of her TRO motion, and a copy of this Order by noon on Monday, September 22, 2025.  Plaintiff shall file proof that proper service under the Federal Rules of Civil Procedure was made; proper and timely service is a condition precedent to this Court considering the TRO request.  Defendant shall file its appearance and any opposition to Plaintiff's TRO motion by the close of business on Tuesday, September 23, 2025.   Plaintiff may then file a response to Defendant's opposition by noon on Wednesday, September 24, not to exceed 5 pages, unless the parties agree to a different briefing schedule with the agreement that the minor child will not be removed from her current residence, the United States nor the Commonwealth of Massachusetts.  A hearing on Plaintiff's TRO motion is scheduled for Wednesday, September 24, 2025, at 3:00 pm.

Additionally, a Guardian Ad Litem shall be appointed to represent the S.R.C's best interests in this present federal action.

**SO ORDERED.**

Dated: September 19, 2025                          /s/ Angel Kelley
                                                                          Hon. Angel Kelley
                                                                          United States District Judge