# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| S.R.C., a minor child,<br>by her next friends,<br>JOHN COBBETT-WALDEN and<br>JENNIFER LEE LAURENZA,<br><br>     Plaintiff,<br>v.<br><br><br>STAVERNE MILLER<br>in her official capacity as<br>Commissioner of the<br>MA Department of Children and Families,<br><br>and<br><br>DR. KIAME MAHANIAH,<br>in his official<br>capacity as Secretary of the MA<br>Executive Office of Health<br>& Human Services,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-12676-AK |

## INTERVENOR FATHER'S MOTION TO INTERVENE

Proposed Intervenor Esvin O. Gregorio Cabrera, the father of the minor plaintiff S.R.C. ("Father"), respectfully moves to intervene as of right as a defendant in this action under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, permissively under Rule 24(b). As set forth in the accompanying Memorandum of Law, the Father's motion is timely; he has a direct, legally protectable interest in the care, custody, and control of his child that is the subject of this litigation; disposition of this action may, as a practical matter, impair or impede his ability to protect that interest; and the existing parties do not adequately represent his distinct and fundamental liberty interests. In the alternative, permissive intervention is warranted because the Father's defenses and

claims share common questions of law and fact with those at issue in the main action, his participation will materially assist the Court, and intervention will not unduly delay or prejudice the adjudication of the original parties' rights.

Pursuant to Rule 24(c), Father contemporaneously submits his Opposition to Plaintiffs' Motion for Injunctive Relief, which is attached as **Exhibit 1** to his accompanying Memorandum of Law in Support of this Motion.

WHEREFORE, the Father respectfully requests that the Court **ALLOW** this Motion, permit intervention as of right under Rule 24(a)(2) or, in the alternative, permissively under Rule 24(b), and grant such further relief as the Court deems just and proper.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that the Father conferred with Plaintiffs and Defendants on October 30, 2025 and have attempted in good faith to resolve or narrow the issue outlined above. Defendants have indicated that they assent to this Motion to Intervene. Plaintiffs have indicated that they do not assent.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), because the Father wishes to be heard and because oral argument may assist the Court in deciding whether to allow the above motion, the Father respectfully requests a hearing on the Father's Motion to Intervene.

Respectfully submitted,

ESVIN O. GREGORIO CABRERA,

By his counsel,

 */s/ Brian K. French*
Brian K. French (#637856)
Luis A. Vargas Rivera (#710571) (*pro hac vice pending*)
NIXON PEABODY LLP

2

53 State Street
Exchange Place
Boston, MA 02109
617-345-1000
bfrench@nixonpeabody.com
lvargas@nixonpeabody.com

Dated: October 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2025, the above document was served on counsel of record for all parties via email and the CM/ECF system.

*/s/ Brian K. French*

Brian K. French

4923-9635-3398.1