UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.R.C., a minor child, by her next friends, John Cobbett-Walden and Jennifer Lee Laurenza,<br><br>Plaintiff,<br><br>v.<br><br>STAVERNE MILLER, in her official capacity as Commissioner of the Massachusetts Department of Children and Families; and DR. KIAME MAHANIAH, in his official capacity as Secretary of the Executive Office of Health and Human Services,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-12676-AK |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly file Anne M. Stevenson's appearance as counsel on behalf of the **PLAINTIFF, S.R.C., by her Next of Friends John Cobbett-Walden and Jennifer Lee Laurenza,** in the above entitled action. Attorney Stevenson's appearance is filed in addition to existing Counsel for the Plaintiff.

Respectfully submitted,

S.R.C., a minor child,
by her next friends,
JOHN COBBETT-WALDEN and
JENNIFER LEE LAURENZA,
PLAINTIFFS,
By their attorneys,

*/s/ Anne M. Stevenson*
_____
Kirsten A. Zwicker, BBO #637834
Anne Stevenson, BBO #699431
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
kzwicker@connkavanaugh.com

Dated: January 2, 2026

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that electronic copies will be sent to any counsel indicated as non-registered participants by e-mail on January 2, 2026.

                                              */s/ Anne Stevenson*
                                              Anne Stevenson

4907-5688-0769, v. 1