# United States Court of Appeals
## For the First Circuit

No. 26-1092

S.R.C., a minor child, by the next friends, John Cobbett-Walden and Jennifer Lee Laurenza,

Plaintiff - Appellant,

v.

STAVERNE MILLER, in the official capacity as Commissioner of the MA Department of Children and Families; DR. KIAME MAHANIAH, in the official capacity as Secretary of the MA Executive Office of Health and Human Services,

Defendants - Appellees,

ESVIN O. GREGORIO CABRERA,

Defendant.

**JUDGMENT**

Entered: May 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew R. Dennington
Kirsten Alexandria Zwicker
Timothy J. Casey
Katherine M. Fahey
Brian K. French
Luis Antonio Vargas Rivera