# United States Court of Appeals
## For the First Circuit

No. 26-1092

S.R.C., a minor child, by the next friends, John Cobbett-Walden and Jennifer Lee Laurenza,

Plaintiff - Appellant,

v.

STAVERNE MILLER, in the official capacity as Commissioner of the MA Department of Children and Families; DR. KIAME MAHANIAH, in the official capacity as Secretary of the MA Executive Office of Health and Human Services,

Defendants - Appellees,

ESVIN O. GREGORIO CABRERA,

Defendant.

**MANDATE**

Entered: May 19, 2026

In accordance with the judgment of May 19, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Timothy J. Casey
Andrew R. Dennington
Katherine M. Fahey
Brian K. French
Luis Antonio Vargas Rivera
Kirsten Alexandria Zwicker